UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

KAITLYN N. BAILEY,

    Plaintiff,

v.

NATIONAL GENERAL INSURANCE COMPANY and INTEGON NATIONAL INSURANCE COMPANY,

    Defendants.

DOCKET NO: 1:25-cv-00571-SDN

## RULE 7.1 DISCLOSURE STATEMENT OF
## DEFENDANT INTEGON NATIONAL INSURANCE COMPANY

Pursuant to Local Rule 7.1, Defendant National General Insurance Company makes the following disclosure:

Integon National Insurance Company, a North Carolina insurance company, is a wholly-owned subsidiary of National General Management Corp., which is a Delaware corporation. National General Management Corp. is a wholly-owned subsidiary of National General Holdings Corp., which is a Delaware corporation. National General Holdings Corp. is a wholly-owned subsidiary of Allstate Insurance Holdings, LLC, which is a Delaware limited liability company. Allstate Insurance Holdings, LLC, is a wholly-owned subsidiary of The Allstate Corporation, which is a Delaware corporation. The stock of The Allstate Corporation is publicly traded. No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

Respectfully submitted,

/s/ Brian A. Suslak
Brian A. Suslak
Maine Bar No. 006316
bsuslak@morrisonmahoney.com
MORRISON MAHONEY LLP
Center of New Hampshire Office Tower
650 Elm Street, Suite 201
Manchester, NH 03101
Phone:  603-622-3400
Fax:     603-622-3466
*NATIONAL GENERAL INSURANCE COMPANY and INTEGON NATIONAL INSURANCE COMPANY*

Date:   November 24, 2025