UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KAITLYN N. BAILEY, )<br>)<br>PLAINTIFF )<br>)<br>vs. )<br>)<br>NATIONAL GENERAL INSURANCE )<br>COMPANY, )<br>)<br>And )<br>)<br>INTEGON NATIONAL INSURANCE )<br>COMPANY, )<br>)<br>DEFENDANTS ) | Civil Action No. 1:25-cv-00571-SDN |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

NOW COMES the Plaintiff, Kaitlyn N. Bailey, and provides the following disclosure statement:

Kaitlyn N. Bailey is a citizen of the State of Maine, having a residence located at 527 Penobscot Avenue, Apartment 1, Millinocket, Maine 04462.

DATED at: Island Falls, Maine this __25th__ day of November, 2025.

/s/ Patrick E. Hunt
Patrick E. Hunt, Esq.
Patrick E. Hunt, P.A.
7 Sherman Street
Post Office Box 130
Island Falls, Maine 04747
(207) 463-2285
(207) 439-2939
pat@patrickehuntpa.com
Federal Bar #1466

1

Maine Bar #2707

Attorney for the Plaintiff,
Kaitlyn N. Bailey